FILED
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 28 2015 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHAKA ZULU,

                 Plaintiff,

-against-

ALLISON ESTESS, THE CITY OF NEW YORK, and ZACHARY CARTER,

                 Defendants.
------------------------------------------------------------ x

**MEMORANDUM & ORDER**

14-CV-4788 (ENV)(RER)

VITALIANO, D.J.

On August 11, 2014, plaintiff Shaka Zulu filed this *pro se* action pursuant to 42 U.S.C. §§ 1981 and 1983 and state law. By Memorandum and Order dated March 17, 2015, the Court dismissed the complaint against the City of New York and Zachary Carter, pursuant to 28 U.S.C. § 1915(3)(2)(B), for failure to state a claim, but granted plaintiff leave to file an amended complaint within 30 days of the order's entry on the docket, which occurred on March 20, 2015. The Court also notified Zulu that if he failed to timely file an amended complaint, the entire action would be dismissed with prejudice. More than 30 days have elapsed and he has neither filed an amended complaint nor responded to the order in any other fashion.

Accordingly, the complaint, filed *in forma pauperis*, is dismissed in its entirety. *See Washington v. Reilly*, No. 02-CV-6561, 2005 WL 2464694, at *1

1

(E.D.N.Y. Sept. 29, 2005) (dismissing complaint with prejudice because plaintiff failed to comply with the court's prior order to amend his pleadings). The Clerk of Court is directed to enter judgment in favor of defendants.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk is further directed to close this case.

So Ordered.

Dated:   Brooklyn, New York
         May 13, 2015

/S/ Judge Eric N. Vitaliano
───────────────────────────
ERIC N. VITALIANO
United States District Judge